FILED

02/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0564

# SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0564

ANTHONY CORDERO, on behalf of himself and others individually situated,

*Plaintiff/Appellant,*

v.

MONTANA STATE UNIVERSITY and WADED CRUZADO,

*Defendants/Appellees.*

---

## ORDER

---

Upon consideration of Appellant Anthony Cordero's motion for extension of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until March 27, 2024, to prepare, file, and serve his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 13 2024